IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC. CLERK. CHARLESTON. SC

2010 NOV -8 P 2: 25

Jody Lynn Ward, #300644, and )
Mansa Banshee, #23401, )
)
Plaintiffs, )        C.A. No.: 6:09-1594-RMG
)
v. )                **ORDER**
)
John Ozmint, Director, South Carolina )
Department of Corrections; and The )
South Carolina Corrections Board and the )
Penalogy Committee, et al., )
)
Defendants. )
_____)

This matter is before the Court upon the recommendation of Magistrate Judge McDonald that

Defendants' Motion for Summary Judgment be granted. Because Plaintiffs Jody Lynn Ward,

#300644, and Mansa Banshee, #23401 ("Plaintiffs") are proceeding pro se, and because Plaintiffs

are prisoners seeking relief pursuant to 42 U.S.C. § 1983, this matter was referred to the Magistrate

Judge.[1]

This Court is charged with conducting a *de novo* review of any portion of the Magistrate

Judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole

or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent

prompt objection by a dissatisfied party, it appears Congress did not intend for the district court to

review the factual and legal conclusions of the Magistrate Judge. Thomas v. Arn, 474 U.S. 140

(1985). Additionally, any party who fails to file timely, written objections to the Magistrate Judge's

---

[1]See 28 U.S.C. § 636(b); Local Rule 73.02(B)(2)(d); Local Rule 73.02(B)(2)(e).

Page 1 of 2

report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate

court level. United States v. Schronce, 727 F.2d 91 (4th Cir. 1985).[2] No objections have been filed

to the Magistrate Judge's Report and Recommendation.

A review of the record indicates that the Magistrate Judge's report accurately summarizes

the case and the applicable law. It is therefore **ORDERED** that the Magistrate Judge's Report and

Recommendation is adopted as the Order of this Court. For the reasons articulated by the Magistrate

Judge, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**.

**AND IT IS SO ORDERED**.

The Honorable Richard Mark Gergel
United States District Judge

**Charleston, South Carolina**
**November 8 , 2010**

### NOTICE OF RIGHT TO APPEAL
The parties are hereby notified of the right to appeal this Order within 30 days from the
date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.

---

[2]In Wright v. Collins, 766 F.2d 841 (4th Cir. 1985), the court held "that a *pro se* litigant
must receive fair notification of the consequences of failure to object to a magistrate's report
before such a procedural default will result in waiver of the right to appeal. The notice must be
'sufficiently understandable to one in appellant's circumstances fairly to appraise him of what is
required.'" Wright, 766 F.2d at 846 (quoting Hudson v. Hardy, 412 F.2d 1091, 1094 (D.C. Cir.
1968)). Plaintiff was advised in a clear manner that his objections had to be filed within fourteen
(14) days, and he received notice of the consequences at the appellate level of his failure to object
to the Magistrate Judge's report.